# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE L. SANDOVAL,<br><br>                Plaintiff,<br>v.<br><br>GENTIVA HEALTH CARE,<br><br>                Defendants. | Case No. 14cv2998 BTM(BLM)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS, DISMISSING COMPLAINT WITH PREJUDICE, AND DENYING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT** |

On December 23, 2014, Plaintiff filed a Complaint in addition to a Motion to Proceed In Forma Pauperis ("IFP Motion") and a Request for Appointment of Counsel. Based on the information provided by Plaintiff, pursuant to 28 U.S.C. § 1915(a), the Court **GRANTS** Plaintiff's IFP motion. The Court is obligated to review a complaint filed IFP sua sponte and must dismiss the action if it determines that the complaint is frivolous, malicious, or fails to state a claim for relief. See 28 U.S.C. § 1915(e)(2). After careful review, the Court finds that Plaintiff's complaint is frivolous and void of any plausible claims for relief. The Complaint is but one in a series of frivolous complaints filed by Plaintiff. Because "it is absolutely clear that the deficiencies of the complaint could not be cured by amendment," the Court **DISMISSES** the complaint **WITH PREJUDICE**. Franklin v. Murphy, 745 F.2d 1221, 1228 n.9 (9th Cir. 1984).

1  As such, the Court **DENIES AS MOOT** Plaintiff's Request for Appointment of
2  Counsel.

4  **IT IS SO ORDERED.**
5  DATED:  January 2, 2015

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court